# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 07-2041

_____

Ronnie Blade,                             *
                                          *
          Appellant,                      *
                                          *
     v.                                   *   Appeal from the United States
                                          *   District Court for the
United States of America,                 *   Western District of Missouri.
                                          *
          Appellee.                       *        [UNPUBLISHED]

_____

Submitted: February 7, 2008
Filed: February 26, 2008

_____

Before MURPHY, RILEY, and SMITH, Circuit Judges.

_____

PER CURIAM.

     Federal inmate Ronnie Blade appeals the district court's[1] denial of his motions for recusal of judge and to "amend" and "preserve drug evidence." In light of this court's simultaneous disposition in <u>Ronnie Blade v. United States</u>, No. 07-3493, and after careful review of the record, we affirm.

_____

_____

[1]The Honorable Gary A. Fenner, United States District Court Judge for the Western District of Missouri.